311

No. 52300.—M. Furuya Co. v. United States, protests 987575–G, etc. (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of seaweeds, manufactured, similar in all material respects to those the subject of United States v. Nippon Co. (32 C. C. P. A. 164, C. A. D. 303) the claim at 10 percent under paragraph 1540 was sustained.

No. 52301.—Gallagher & Ascher Co. et al. v. United States, protests 109508–K/91538, etc. (Chicago, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 52302.—Distilled Liquors Import Co., Inc. v. United States, protest 112937–K (Cleveland).

Opinion by JOHNSON, J. It was stipulated that the merchandise and issues herein are similar in all material respects to those involved in United States v. Somerset (33 C. C. P. A. 138, C. A. D. 328), and that a quantity of liquor amounting to 10 percent or more of the total contents of the various barrels, casks, packages, etc., was lost in transit from the port of exportation to the port of destination due to breakage, leakage, or damage. In accordance therewith it was held that an allowance should have been made for the loss appearing upon the gauger's return as verified by the affidavit of the importer. The protest was sustained to this extent.

BEFORE THE FIRST DIVISION, MAY 6, 1948

No. 52303.—Rice & Co. Corp. et al. v. United States, protests 5828–K, etc. (Boston, etc.).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 52304.—Frank P. Dow Co., Oreg., Ltd., et al. v. United States, protests 133181–K, etc. (Portland, Oreg., and Seattle).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.